IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MOHAMMED ABDELEZAM ALI AHMED, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | No. 1:26-CV-02480-DAE |
| v. | § | |
| | § | |
| VERGARA, *et al.*, | § | |
| | § | |
| *Respondents*. | § | |
| | § | |
| | § | |

ORDER FOR SUPPLEMENTAL BRIEFING

Before the Court is Petitioner Mohammed Abdelezam Ali Ahmed's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("the Petition") (Dkt. # 1), and Federal Respondents' Response (Dkt. # 6). The Court requires more information before it can rule on the Petition.

**IT IS THEREFORE ORDERED** that, **within seven (7) days of receipt of this Order**, Petitioner shall file supplemental briefing with answers to the following questions:

1. Federal Respondents contend that there is no indication that Petitioner is not significantly likely to be removed to Sudan in the reasonably foreseeable future. (Dkt. # 6 at 10–12.) If Petitioner contends he is not likely to be removed to Sudan in the reasonably foreseeable future, please provide any additional information you may have that supports such a contention.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, September 22, 2026.

David Alan Ezra
Senior United States District Judge